FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Joe James Marzano, DEFENDANT(S). | CASE NUMBER 08-685 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Wednesday__, __3/26/08__, at __10:30__ ☒ a.m. / ☐ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/21/08__

_____
U.S. ~~District Judge~~/Magistrate Judge

**RALPH ZAREFSKY**